RECEIVED
IN LAKE CHARLES, LA
JUN 1 6 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2: 15 CR 00050-001 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| LISA H. ERNST | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a de novo determination of the issues, considering that no objections were filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the GUILTY PLEA entered by the defendant, Lisa H. Ernst, on March 31, 2015 before Magistrate Judge Kathleen Kay is ACCEPTED by the court, pursuant to the provisions of F.R.Cr.P. 11.

Lake Charles, Louisiana, this 15 day of July, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE